

**IT IS ORDERED as set forth below:**

Date:  July 25, 2019

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 19-10491-whd |
| Tara Wallace | ) | |
| Debto4 | ) | |

### ORDER GRANTING THE TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY KRIS KOLARICH, A MEMBER OF KELLER WILLIAMS REALTY AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY

Now the above-captioned matter comes on before this Court upon the Application of the Chapter 7 Trustee herein, THEO MANN and pursuant to 11 U.S.C. §327, requested authority to employ the professional services of Kris Kolarich, a member of Keller Williams Realty, in this matter for the listing and sale of real estate known as 125 LAWN MARKET SHARPSBURG, GA 30277, and to approve the Listing Agreement for this property. The Trustee filed the Application on 07/23//2019 (Doc# 19 ). The Trustee served the Motion on the Office of the United States Trustee, Debtor's counsel, and Debtor.

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Tara Wallace

2. Kris Kolarich, a member of Keller Williams Realty, has the expertise and knowledge to assist the Chapter 7 Trustee with the marketing and sale of real property located at 125 LAWN MARKET SHARPSBURG, GA 30277, and which further described as follows:

    LANDLOT:111 DIST:6 SUBD:CANNONGATE VILLAGE H/LT G-7 SEC III PH 4 CANNONGATE

    hereinafter referred to as the "Real Property".

3. The Chapter 7 Trustee desire to employ Kris Kolarich, a member of Keller Williams Realty (jointly referred to hereafter as "Local Listing Broker"), to provide professional services on behalf of this bankruptcy estate for the marketing and sale of the Real Property identified hereinabove, in which the above-named Debtor holds an interest. The Local Listing Broker is requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment.

4. A duly executed and verified statement of disinterestedness was attached to the Application as Exhibit "A" setting out that the employees and members of Keller Williams Realty are disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse to the bankruptcy estate, is not aware of any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

5. Notice of the request and approval of the employment of this professional was provided to the Debtors, Debtors' attorney and the U.S. Trustee.

6. Also attached to the Trustee's Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement, which the Chapter 7 Trustee will execute on behalf of this bankruptcy estate.

7. BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with Local Listing Broker.

8. Mr. Cooper claims a mortgage interest in the Real Property and has consented to the sale of the Real Property subject to their security interest.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Chapter 7 Trustee's Application is hereby GRANTED and the Chapter 7 Trustee is hereby AUTHORIZED to employ the professional services of Kris Kolarich, a member of Keller Williams Realty, in this bankruptcy estate, for the listing and sale of the Real Property.

IT IS BY THE COURT FURTHER ORDERED that the Listing Agreement with Kris Kolarich, a member of Keller Williams Realty, for the sale of the subject Real Property is hereby APPROVED. Said authorization herein is subject to the objection of the United States Trustee, which objection must be filed within twenty-one (21) days from the date of this Order.

A copy of the Application and Order having been served upon the United States Trustee, this Order is entered subject to the objection of the United States Trustee.

END OF DOCUMENT

SUBMITTED BY:

MANN & WOOLDRIDGE, P.C.

By: ___/s/ Theo D. Mann_____
     Theo D. Mann
     Attorney for Trustee
     State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

PARTIES TO BE SERVED:

Tara Tamara Wallace
P.O. BOX 1029
TYRONE, GA  30290

Amanda A Barrett
Harmon & Gorove
1 Jefferson St
Newnan, Ga  30263

United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA  30303

Theo D. Mann
P. O. Box 310
Newnan, GA  30264-0310

Kris Kolarich
Keller Williams Realty ATL Partners
1200 Commerce Drive Ste 110
Peachtree City, GA 30269